## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### UNITED STATES v. KENDALE WILSON ET. AL.

### Kendale Wilson: FBI No: 985750VB7

### Alton Durham: FBI No: 55VXRXCP1

-----------------------------------------------------------------------------------------------------

## PETITION FOR
## WRIT OF HABEAS CORPUS

Wilson and Durham are now confined at Bergen County Correctional Facility.

**Said individuals will be required to appear, before the the Hon. Brian Martinotti in Newark on Wednesday, February 19, 2025 at 2pm for an Arraignment.  A Writ of Habeas Corpus should be issued for that purpose.**

DATED:  February 6, 2025

/s/ Jake A. Nasar
_____
JAKE A. NASAR
ASSISTANT U.S. ATTORNEY

-----------------------------------------------------------------------------------------------------

## ORDER

Let the Writ Issue.

DATED:  February 6, 2025

_____
HONORABLE BRIAN MARTINOTTI
UNITED STATES MAGISTRATE JUDGE

-----------------------------------------------------------------------------------------------------

## WRIT OF HABEAS CORPUS

The United States of America to the Bergen County Correctional Facility

WE COMMAND YOU that you have the body of

**Kendale Wilson and Alton Durham**

now confined at the Bergen County Correctional Facility, be brought before the **the Hon. Brian Martinotti in Newark on Wednesday February 19, 2025 at 2pm for an Arraignment** in the above-captioned matter.

WITNESS    the Honorable Brian Martinotti
United States Magistrate Judge
Newark, New Jersey

DATED: February 6, 2025

MELISSA E. RHOADS
Clerk of the U.S. District Court for the
District of New Jersey

Per: _____
Lissette Rodriguez, Deputy Clerk